# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

MAY 19 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Daniel Joseph Noble | ) | |
| | ) | |
| | ) | 2:22 - MJ - 0 80 -        DB |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 23, 2022 _____ in the county of _____ Yolo _____ in the
_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing Distribution of Visual Depictions of Prepubescent Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

_____
*Complainant's signature*

Scott A. Schofield, FBI Special Agent
_____
*Printed name and title*

Sworn to before me.

Date:  5-19-22

_____
*Judge's signature*

City and state:   Sacramento, California

Deborah Barnes, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Scott A. Schofield, do swear and affirm as follows:

### I.    INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1.     This affidavit is made in support of a criminal complaint and arrest warrant against Daniel Joseph Noble for Distribution of Visual Depictions of Prepubescent Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2).  The statements contained in this affidavit are based on my experience and training as a Special Agent of the Federal Bureau of Investigation and the information provided to me by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that Noble violated Title 18, United States Code § 2252(a)(2), Distribution of Visual Depictions of Prepubescent Minors Engaged in Sexually Explicit Conduct.

### II.    AGENT BACKGROUND

2.     I have been employed as an FBI Special Agent since 2004, and am currently assigned to the Violent Crimes Against Children Squad in the Sacramento Division.  While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, also known as visual depictions of minors engaging in sexually explicit conduct or child sexual abuse material (CSAM).  I have received training in the area of identifying and investigating CSAM and child exploitation crimes, and as part of my duties have observed and reviewed numerous examples of CSAM in all forms of media, including computer media.  In the course of my employment, I have participated in hundreds of investigations in connection with child exploitation matters.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b), and I am authorized by the Attorney General to swear out criminal complaints and arrest suspects who have committed federal crimes.

## III.   FACTS ESTABLISHING PROBABLE CAUSE

Undercover Investigation

      3.     I am aware of the following facts from reviewing FBI reports authored by another FBI Special Agent working in an undercover capacity in Florida, and from having personally viewed the video recording the undercover employee (UC#1) made documenting the Kik Group Chats and the images and videos of CSAM/ child pornography that UC#1 downloaded.  I have also reviewed reports generated by UC#1 and investigative work done by UC#1 and other FBI employees supporting the undercover investigation.  Kik Messenger application is primarily used on mobile devices, is used by people all over the world, and uses the internet to transmit files and messages.  Kik Messenger users can join public or private groups.

      4.     UC#1 was conducting an undercover operation in Kik groups in the spring of 2022.  UC#1 observed Kik user "numerounoginger" (Display name The Ginger) in a Kik chat group with a title indicative of CSAM on multiple occasions.  To preserve the confidentiality of an ongoing investigation, I am not listing the name of the chat group in this public affidavit, but will refer to it as Y-d.  UC#1 was invited into the Y-d chat group on or about March 10, 2022 by the group's administrator.

      5.     UC#1 was removed from the group on or about April 7, 2022.  During the time in this Y-d group, UC#1 observed multiple users posting materials that constitute CSAM / child pornography photos and videos, or photos and videos depicting young-looking (but pubescent) people engaging in sexually explicit conduct.  UC#1 also observed users commenting / responding to the posted videos and images through text responses.  UC#1 indicated that the administrator of Y-d has now been arrested.

      6.     A review of UC#1's video recording of the activity in the Y-d chat group revealed a message on March 10, 2022 at approximately 12:30 p.m. Eastern Time, reading "The Ginger has entered the chat, invited by [third party]."  Several files were shared in the chat room, the thumbnails of which depict CSAM / child pornography, during the ensuing hours, but none were shared by The Ginger on March 10.  At approximately 10:30 p.m. Eastern Time, a message indicating The Ginger had left the

chat room appears.

7.      An Administrative Subpoena was served on MediaLab, the parent
company of Kik, seeking subscriber information and Internet Protocol Address (IP
Address) information for the Kik account The Ginger.  Kik responded with this data on or
about March 25, 2022.  The closest Kik login to the activity described above was on
March 10, 2022 at approximately 11:29 a.m. Eastern Time from IP Address
174.194.195.26.  This IP address resolved to Verizon Wireless (see further information
later in this affidavit).

8.      The next activity in the Y-d chat group by The Ginger was on March 21,
2022 when The Ginger entered the chat once again.  On March 22, 2022, a user posted
two videos.  Both of the thumbnails of these videos appear to depict prepubescent girls
holding an erect adult penis. In the second thumbnail, the penis is in the girl's mouth.
One user stated, "Second vid[eo] is amazing" to which The Ginger replied, "facts."

9.      On March 23, 2022, at approximately 5:30 p.m. Eastern Time, The Ginger
began posting videos to the Y-d group chat. These included the following (after
reviewing the videos The Ginger posted, I believe the minors portrayed in the following
videos are real people):

a)      A color video depicting two minor girls. One girl has some breast
development while the other is clearly prepubescent based upon a lack of pubic hair, no
breast development, and the relative size of the girl who is standing next to the older girl,
who is on her knees.  The two girls begin kissing and sticking their tongues in each
other's mouths. At one point, the younger girl begins squeezing and pinching the older
girl's breast. Near the end of the video, while still kissing each other, the older girl turns
the younger so her buttocks face the camera.  The older girl squeezes the younger girl's
buttocks and appears to place her fingers between the younger girl's legs near her genital
area.

b)      A color video depicting a prepubescent girl, based upon a lack of any
pubic hair, licking and sucking on a penis shaped object. She later pulls her pants down
and rubs the object on her vagina and attempts to insert it into her vagina, which can be
clearly seen in the video.

3

c)      Two other color videos that are pornographic, and appear to depict pubescent minor girls, though their age is difficult to determine.  One video depicts a pubescent female of indeterminate age engaging in oral sex (her mouth) with an adult male's penis.  The other video shows a Caucasian female who appears to be in an early stage of puberty wearing a black sports / training bra and black underwear, who pulls aside her bra to show the camera her breasts and uses her finger to pull aside her underwear to reveal her vagina, which does not appear to have any pubic hair.

10.      According to the above-mentioned Kik IP address data, the closest Kik login to the activity described above was on March 23, 2022 at approximately 5:19 p.m. Eastern Time from IP Address 73.41.22.141.  This IP address resolved to Comcast (see further information later in this affidavit).

11.      The Ginger continued to interact in the Kik group, including uploading the following files of CSAM / child pornography to the Kik chat group:

a)      April 8, 2022: A color video with sound, approximately two minutes in length of a fully nude prepubescent female child, based on the child's complete absence of pubic hair and lack of breast development, on a bed with her legs spread, fully exposing her vagina, making it the focal point of the video.  The child is wearing a "Mardi Gras" style mask on her face. An adult male is repeatedly inserting a cylindrical object into the child's anus for over one minute. Approximately 75 seconds into the video, the child displays her anus and vagina as the camera zooms in. Approximately 97 seconds into the video, the adult male straddles the child and ejaculates into her mouth. In other investigations, I have seen other videos of this child victim in the Mardi Gras mask, and believe this video that The Ginger posted is part of the same series.  The child victim in that series was sexually abused outside the state of California, and her abuse was video recorded.

b)      April 12, 2022: A color video with sound, approximately one minute, 31 seconds in length, depicting a fully nude prepubescent female child, based on the child's complete absence of pubic hair and child-sized body, lying on a bed while a fully nude adult male wearing a clown mask holds the child's legs up, fully exposing the child's vagina, making it the focal point of the video.  Throughout the duration of the video, the

4

adult male is continually inserting a cylindrical object into the child's anus. Towards the end of the video, the adult male moves the camera close to the child's anus and vagina.

c)      April 12, 2022: A color video with sound, approximately 45 seconds in length, of four fully nude prepubescent children (one male and three females), based on the overall size of each child, engaged in sexually explicit conduct. One of the female children is continually inserting the male child's penis into her mouth while another female straddles a third female child, rubbing her vagina on her. Approximately 19 seconds into the video, one of the female children can no longer be seen in the video. One of the fully nude female children then inserts the male child's penis into her vagina.

12.      The above-mentioned Kik IP address data was produced on March 25, 2022 and provided to the FBI on March 28, 2022. Thus, no IP address data was received regarding the above activity in April 2022.  However, the files above were posted to the Kik group by The Ginger Kik account, the same as the previous activity.

Kik Account Information, ISP Return, and Other Relevant Information

13.      As stated above, the FBI issued an Administrative Subpoena to MediaLab, Inc. (Kik) requesting subscriber information for the SUBJECT ACCOUNT.  Kik provided the following information in response:

Account Created: 11/14/2021

Username:      numerounoginger

First Name:    The

Last Name:     Ginger

Email:         numerounoginger@gmail.com

Device Type: iPhone

14.      On March 28, 2022, an Administrative Subpoena was issued to Comcast for user data related to IP address 73.41.22.141.  Comcast responded and indicated that this IP address was assigned to a particular address on Sycamore Lane, Davis, California from October 10, 2021 through March 28, 2022.  The name on the account was a female whose initials are M.T.

15.      According to a public records search, multiple people currently live at that address on Sycamore Lane, Davis, California, including M.T. and Daniel Noble.  A Ford

5

sedan registered to Daniel Noble was observed in the driveway of the Sycamore Lane address on May 9, 2022. The driver's license photo of Daniel Noble revealed him to be a Caucasian male with reddish hair. People with reddish hair are sometimes referred to as "gingers." A man matching the description of Noble on his driver's license was seen briefly exiting the residence and getting into a Ford hatchback on May 9, 2022. The vehicle drove to the nearby University of California, Davis Aquatic Center. An employment check revealed Noble to be a water polo coach for UC Davis at the collegiate and youth levels.

16.    The IP address data received from Kik for the numeroginger account revealed the account was accessed many times from the Comcast IP address, and also from a variety of IP addresses very close in number and all resolving to Verizon wireless. An Administrative Subpoena was served on Verizon for subscriber information for three of these IP addresses, on February 24, 2022, March 7, 2022, and March 25, 2022. Verizon responded with data indicating that all these IP addresses were assigned to an account associated with subscriber S.N. (a relative of Daniel Noble) with an address in Fallbrook, California, which is in northern San Diego County. Verizon also indicated the device was a 256 gigabyte green iPhone 11 Pro Max.

17.    It should also be noted that the Kik return information indicated The Ginger Kik account was accessed on several occasions from IP addresses that resolved to the University of California, Davis, though none of these corresponded to specific times The Ginger shared CSAM in the Kik group.

### Execution of Federal Search Warrant at Noble's Residence on 5/19/2022

18.    On May 18, 2022, a federal magistrate judge authorized a residential search warrant for Noble's home address. On the morning of May 19, 2022, a team of federal and state law enforcement agents and I executed a federal search warrant at Noble's residence on Sycamore Lane in Davis. Noble was present when we executed the warrant. His two housemates were also present. Noble had his own room. We seized his iPhone 11 Pro Max and the name of the device is "Daniel's iPhone." The Apple ID for this device is danielnoble24 [at] hotmail.com, which Noble later admitted was his email address. We also seized an Apple laptop belonging to Noble. The internet service at the

house was provided by Comcast and M.T. confirmed she is the subscriber (so did Noble and the other housemate). Both M.T. and the other housemate had mobile phone service provided by AT&T.

Interview of Noble on 5/19/2022

19.     While at the residence, I advised Noble of his *Miranda* rights, and he said he understood his rights and was willing to speak with me. This interview was audio and video recorded, although I have not yet had a chance to completely review those recordings. Noble admitted that the iPhone 11 Pro Max belonged to him, and he is the sole user of that phone. He said his service is provided by Verizon and he is on a family plan; the bill is paid for by his relative in Southern California. He provided the password to his phone.

20.     Noble admitted he owned the Kik account numerounoginger, with display / user name The Ginger, and he was the sole user of that account until it was disabled by Kik (his assumption was that it was disabled due to "this stuff," referring to the instant investigation). He accessed that account from his cell phone only. He admitted frequenting some Kik groups. He said that he joined the Y-d private Kik group through the invitation of the group's creator or administrator.

21.     Noble looked at various printouts of screenshots of videos he shared in the Y-d group, taken from UC#1's video capture. He acknowledged intentionally forwarding images and videos to the Y-d group that depicted prepubescent minors and other minors engaging in sexually explicit conduct. Noble explained that he did not create these CSAM files, but that he obtained such CSAM material from others on Kik and sometimes saved and forwarded them to Kik groups, and then deleted them from his phone. He admitted receiving sexual gratification from some of these visual depictions. Noble denied committing hands-on offenses against minors. He offered to take a polygraph test regarding lack of hands-on offenses against minors, but we did not have a polygrapher available to come to the residence.

22.     After the numerounoginger account was disabled by Kik, Noble established another Kik account: thefriendlyginger. Noble said that the night before we executed the residential search warrant, he deleted the Kik app from his phone, including

thefriendlyginger account.  Because Kik had been deleted from Noble's phone, our team was not able to conduct a full forensic review at the residence.  However, an on-scene limited forensic preview revealed videos of teenage girls engaged in sexually explicit conduct, although it was difficult to conclusively determine the ages of these girls.

23.     Our team arrested Noble based upon probable cause to believe that he knowingly distributed visual depictions of prepubescent minors engaging in sexually explicit conduct, in violation of Title 18, United States Code § 2252(a)(2).  We transported him to the Sacramento County Jail and booked him on a courtesy hold.

## IV.   CONCLUSION

24.     Based on the aforementioned facts and information, there is probable cause to believe that on or about March 23, 2022, in the Eastern District of California and elsewhere, Daniel Joseph Noble knowingly distributed visual depictions of prepubescent minors engaging in sexually explicit conduct, in violation of Title 18, United States Code § 2252(a)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  I request that the Court issue an arrest warrant.

Scott A.H. Schofield
Special Agent, Federal Bureau of Investigation


Subscribed and sworn before me on:

3-19-22
Date

HON. DEBORAH BARNES
U.S. MAGISTRATE JUDGE

8

**United States v. Daniel Joseph Noble**
**Penalties for Criminal Complaint**

**Defendant**
Daniel Joseph Noble

**COUNT 1:**

VIOLATION: Knowing Distribution of Visual Depictions of Prepubescent Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2).

PENALTIES: Maximum prison sentence: 20 years
Mandatory minimum prison sentence: 5 years
Supervised release: lifetime
Forfeiture
Restitution

SPECIAL ASSESSMENTS:
Mandatory $100 under 18 U.S.C. § 3013
Mandatory $5,000 under 18 U.S.C. § 3014 (if defendant is not indigent)
Up to $35,000 under 18 U.S.C. § 2259A(a)(2)