## SPECIAL CONDITIONS OF RELEASE

                Re:  Noble, Daniel Joseph
                No.: 2:22-MJ-080-DB
                Date: May 20, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond is delayed until **Monday, May 23, 2022, at 9:00 A.M.**;

3. You must report to Pretrial Services located at 501 I Street, Sacramento, California, on Monday, May 23, 2022, upon your release;

4. You must reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the **Eastern and Southern Districts of California** unless otherwise approved in advance by the pretrial services officer;

7. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. If you are unable to locate your passport, a Declaration of Lost/Stolen Passport must be filed with the Court **on or before May 27, 2022**;

9. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

12. You must participate in a program of medical or psychiatric treatment (mental health), including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

13. You must report any contact with law enforcement to your Pretrial Services Officer within 24 hours;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a **GPS** transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities preapproved by Pretrial Services;

16. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

17. You must not access the internet and you must not use or possess a smart cell phone, a computer, or any device capable of accessing the internet in your residence or at any other location unless otherwise approved by the Pretrial Services Officer. Your parents will be allowed to retain their personal cell phones, and laptops. These devices must be password protected and locked away when not being used;

18. You shall only have access to **one cellular device**, which must have monitoring software installed. You must pay all or part of the costs of the monitoring services based upon your ability to pay, as determined by the Pretrial Services Officer;

19. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

20. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

21. Any employment must be approved in advance by Pretrial Services, and you must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and

22. If you obtain employment, you must advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities and provide proof to Pretrial Services.