FID 11426132

AO 442 (Rev. 11/11) (modified) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

**FILED**

Eastern District of California

MAY 2 0 2022 SACRAMENTO POLI...
MAY 19 2022 PM 3:47

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Daniel Joseph Noble | ) | 2 2 2  MJ - 0 8 0 -  DB |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Daniel Joseph Noble                                                          ,
who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Knowing Distribution of Visual Depictions of Prepubescent Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2).

Date:   5-19-22

*Issuing officer's signature*

City and state:   Sacramento, California

Deborah Barnes, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/19/22 , and the person was arrested on *(date)* 5/19/22 at *(city and state)* SACRAMENTO CA . |
| Date:   5/19/22                                          FOR FBI |
| *Arresting officer's signature* |
| DUSTIN LYNG |
| *Printed name and title* |