UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
　　　　　　　　　Plaintiff,

v.

DANIEL JOSEPH NOBLE,
　　　　　　　　　Defendant.

CASE NUMBER: 2:22-MJ-00080-DB

**NOTICE TO DEFENDANT BEING RELEASED**

A.  You are advised that you are being released pursuant to the "Bail Reform Act of 1984".

B.  Conditions of Release
　　You are further advised that your release is subject to the following conditions in addition to any conditions contained in your Bond form:
　　1.  That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed.
　　2.  That you shall advise the court and your attorney prior to any change in address.
　　3.  That you shall not commit any offense in violation of federal, state or local law while on release in this case.
　　4.  Travel Restrictions:
　　5.  Other Special Conditions:   (See Attached)

C.  Advice of Penalties and Sanctions
　　You are further advised that:
　　1.  It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for -
　　　　a.  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
　　　　b.  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
　　　　c.  any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
　　　　d.  a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.
　　A term of imprisonment imposed for failure to appear or surrender shall be <u>consecutive</u> to the sentence of imprisonment for any other offense. In addition, failure to appear may result in the forfeiture of any bail.

1

2. <u>Conviction of an Offense Committed While on Release</u>
   Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:
   a. Not more than 10 years if the offense is a felony.
   b. Not more than one year if the offense is a misdemeanor.
3. <u>Violation of Conditions of Release</u>
   Violation of any condition of your release may also result in arrest by a law enforcement officer and the immediate issuance of a warrant for your arrest, revocation of release and order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and/or a fine.
4. <u>Obstruction of Justice Crimes</u>
   It is an additional crime to:
   a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
   b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C. §1510) Penalty: 5 years and/or $250,000.00.
   c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and/or $250,000.00.
   d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and/or $100,000.00
   e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and/or $250,000.00.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____
DEFENDANT'S SIGNATURE


(IF AN INTERPRETER IS USED)

I have translated the above conditions of release and Advice to Defendant and have been told by the defendant that he / she understands the conditions of release and advice.

_____
INTERPRETER SIGNATURE

## SPECIAL CONDITIONS OF RELEASE

Re: Noble, Daniel Joseph
No.: 2:22-MJ-080-DB
Date: May 20, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond is delayed until **Monday, May 23, 2022, at 9:00 A.M.**;

3. You must report to Pretrial Services located at 501 I Street, Sacramento, California, on Monday, May 23, 2022, upon your release;

4. You must reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the **Eastern and Southern Districts of California** unless otherwise approved in advance by the pretrial services officer;

7. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. If you are unable to locate your passport, a Declaration of Lost/Stolen Passport must be filed with the Court **on or before May 27, 2022**;

9. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

12. You must participate in a program of medical or psychiatric treatment (mental health), including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

13. You must report any contact with law enforcement to your Pretrial Services Officer within 24 hours;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a **GPS** transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities preapproved by Pretrial Services;

16. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

17. You must not access the internet and you must not use or possess a smart cell phone, a computer, or any device capable of accessing the internet in your residence or at any other location unless otherwise approved by the Pretrial Services Officer. Your parents will be allowed to retain their personal cell phones, and laptops. These devices must be password protected and locked away when not being used;

18. You shall only have access to **one cellular device**, which must have monitoring software installed. You must pay all or part of the costs of the monitoring services based upon your ability to pay, as determined by the Pretrial Services Officer;

19. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

20. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

21. Any employment must be approved in advance by Pretrial Services, and you must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and

22. If you obtain employment, you must advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities and provide proof to Pretrial Services.