**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DANIEL JOSEPH NOBLE,<br><br>              Defendant. | CASE NO. 2:22-MJ-00080-DB<br><br>**DECLARATION OF LOST PASSPORT** |

I, Erin J. Radekin, attorney for defendant, DANIEL JOSEPH NOBLE, declare as follows:

1. Mr. Noble was ordered released on bond on May 23, 2022, subject to conditions, one of which required that he surrender his passport or, if he could not locate it, file a "Declaration of Lost/Stolen Passport … on or before May 27, 2022." ECF Nos. 4, 7 (condition no. 8).

2. Mr. Noble is not in possession of his passport and does not know its whereabouts.

3. The last time Mr. Noble saw his passport was in 2018 while vacationing in the state of Maryland. He had taken his passport with him and stayed at his girlfriend's grandmother's residence while in Maryland. When he returned to California and tried to find it, he was unable to locate it. He inquired of the grandmother whether his passport was at her residence, but she informed him she was

1

unable to find it there.  Mr. Noble has searched for his passport on additional occasions thereafter, but has been unable to locate it.

4.  If Mr. Noble comes into possession of the lost passport, he will immediately surrender it to the Court.

Dated: May 27, 2022                                        Respectfully submitted,

/s/ *Erin J. Radekin*
ERIN J. RADEKIN
Attorney for Defendant
DANIEL JOSEPH NOBLE

2